**JUDGE RAKOFF**

**08 CV 5388**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC., :
JOHN WILEY & SONS, INC., :
CENGAGE LEARNING INC. AND :
THE MCGRAW-HILL COMPANIES, INC., :
:
    Plaintiffs, :
:
  -against- :
:
IRINA SHMIDT D/B/A BOOKBUG :
D/B/A BOOK_BUG D/B/A :
FIRST CLASS BOOKS AND :
JOHN DOES NOS. 1-5, :
:
    Defendants. :
- - - - - - - - - - - - - - - - - x

RECEIVED JUN 13 2008 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 6/13/08

_____
SIGNATURE OF ATTORNEY
William Dunnegan