JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
CENGAGE LEARNING INC. AND
THE MCGRAW-HILL COMPANIES, INC.,

        Plaintiffs,

   -against-                  08 Civ.

IRINA SHMIDT D/B/A BOOKBUG
D/B/A BOOK_BUG D/B/A
FIRST CLASS BOOKS AND
JOHN DOES NOS. 1-5,

        Defendants.

- - - - - - - - - - - - - - - - - x

RECEIVED JUN 13 2008 U.S.D.C. S.D.N.Y. CASHIERS

08 CV 5388

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Cengage Learning Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 6/13/08

William Dunnegan
SIGNATURE OF ATTORNEY