# United States District Court

SOUTHERN **DISTRICT OF** NEW YORK

PEARSON EDUCATION, INC., JOHN WILEY &
SONS, INC., CENGAGE LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,
 Plaintiffs,

V.

IRINA SHMIDT D/B/A BOOKBUG D/B/A
BOOK_BUG D/B/A FIRST CLASS BOOKS
AND JOHN DOES NOS. 1-5,
 Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 5388

JUDGE RAKOFF

TO: (Name and address of defendant)

Irina Shmidt d/b/a BookBug d/b/a Book_Bug d/b/a First Class Books
3623 Jasmine Avenue, Apartment 111
Los Angeles, California 90034

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue
New York, New York 10118

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 1 3 2008

CLERK

DATE

(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): **PLAINTIFF** | Ref. No. or File No. **233390** | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

PLAINTIFF:
PEARSON EDUCATION, INC.

DEFENDANT:
SHMIDT

| DECLARATION RE: DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: 08 CV 5388 |
|---|---|---|---|---|

I received the within process on June 18, 2008 and that after due and diligent effort I have been able to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5(a)(4)(B).

Party Served:   IRINA SHMIDT D/B/A BOOKBUG D/B/A BOOK_BUG D/B/A FIRST CLASS BOOKS
Residence:      3623 JASMINE AVENUE, #111, LOS ANGELES, CA 90034
Business:       Business address was not known at the time of service.

As enumerated below:

| Date | Time | Result |
|---|---|---|
| June 28, 2008 | 10:00 am | NO ANSWER AT INTERCOM. |
| June 29, 2008 | 01:00 pm | NO ANSWER AT INTERCOM, UNABLE TO GAIN ACCESS. |
| June 30, 2008 | 06:00 pm | NO ANSWER (RESIDENCE), NEIGHBORS UNABLE TO VERIFY ADDRESS, ONLY THAT RARELY SEE ANYONE. |
| July 2, 2008 | 08:00 am | NO ANSWER AT INTERCOM. |
| July 5, 2008 | 11:00 am | NO ANSWER AT INTERCOM. |
| July 5, 2008 | 07:45 pm | NO ANSWER AT INTERCOM. |
| July 8, 2008 | 07:55 pm | NO ANSWER AT INTERCOM. |
| July 10, 2008 | 07:35 am | NO ANSWER AT INTERCOM. |
| July 13, 2008 | 05:11 pm | NO ANSWER AT INTERCOM. |
| July 15, 2008 | 02:00 pm | DOCUMENTS HAVE BEEN PLACED ON HOLD FOR ONE WEEK PENDING FURTHER INSTRUCTIONS FROM YOUR OFFICE. |
| July 16, 2008 | 09:00 am | OKAY TO POST AND MAIL DOCUMENTS PER CLIENT. |
| July 17, 2008 | 06:00 pm | DOCUMENTS POSTED IN A CONSPICUOUS PLACE AND MAILED FROM LOS ANGELES, CALIFORNIA. |

**Person serving** (name, address, and telephone number):
P. KISSOONDYAL
MLQ ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY
ATLANTA, GA 30328
(770) 984-7007

**Fee** for service:
Registered California process server.
  Employee or independent contractor
  Registration No.: 5420
  County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **August 11, 2008**

P. KISSOONDYAL

982(a)(23) [New July 1, 1987]    **DECLARATION REGARDING DILIGENCE**    Code Civ. Proc., §417.10(f)

10618-1/afpdd